**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Federal Energy Regulatory Commission,**

        Plaintiff,                Case No. 2:16-cv-732

    v.                              Judge Michael H. Watson

**Coaltrain Energy, L.P.,** *et al.***,**        Magistrate Judge Jolson

        **Defendants.**

## ORDER

The Court's prior Order, ECF No. 115, is **VACATED**.

**IT IS SO ORDERED.**

                                    */s/ Michael H. Watson*
                              **MICHAEL H. WATSON, JUDGE
                              UNITED STATES DISTRICT COURT**