# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:16-cv-00732 |
| v. | )<br>) Judge Michael H. Watson |
| COALTRAIN ENERGY, L.P., et al., | ) Magistrate Judge Kimberly A. Jolson |
| Defendants. | )<br>)<br>) |

## CONSENT MOTION TO DISMISS AND TO RETAIN JURISDICTION

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Federal Energy Regulatory Commission ("Commission") hereby moves to dismiss this action with prejudice, with all parties to bear their own costs and attorney's fees. The Commission also requests that this Court retain jurisdiction over any disputes arising out of the Stipulation and Consent Agreement that the Commission and Coaltrain Energy, L.P. executed to resolve this action, as well as any other related agreements entered into between the parties to this action to effectuate its resolution. Defendants consent to this motion.

Dated: October 25, 2022 By: /s/ *Thomas Olson*

Thomas Olson (D.C. Bar # 389220)
Trial Attorney
Office of Enforcement
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
Tel. (202) 502-6278
thomas.olson@ferc.gov

and

Catherine Collins
Kevin M. Dinan
Jessica B. Wack
Jennifer Vein
Colin Chazen

Office of Enforcement
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426
catherine.collins@ferc.gov
kevin.dinan@ferc.gov
jessica.wack@ferc.gov
jennifer.vein@ferc.gov
colin.chazen@ferc.gov

*Counsel for Plaintiff Federal Energy Regulatory Commission*